# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2021 ND 176

State of North Dakota,                                          Plaintiff and Appellee

v.

Brenda Lee Clemens,                                          Defendant and Appellant

## No. 20210136

Appeal from the District Court of Sargent County, Southeast Judicial District, the Honorable Mark T. Blumer, Judge.

AFFIRMED.

Per Curiam.

Jayne Pfau, State's Attorney, Forman, ND, for plaintiff and appellee.

Benjamin C. Pulkrabek, Mandan, ND, for defendant and appellant.

**State v. Clemens**
**No. 20210136**

**Per Curiam.**

[¶1] Brenda Lee Clemens appeals from an amended criminal judgment entered after she pled guilty to theft. Clemens argues the district court erred in awarding the restitution amount. We conclude the district court acted within statutory limits. *State v. Harstad*, 2020 ND 151, ¶ 7, 945 N.W.2d 265 ("When reviewing a restitution order, we look to whether the district court acted within the limits set by statute, which is a standard similar to our abuse of discretion standard."). We affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
       Gerald W. VandeWalle
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte